# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DUJUANE McNICKLES

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1802-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 24, 2004__ in __Bristol__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally possess with intent to distribute more than 5 grams of cocaine base, a Schedule II controlled substance

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am a(n) __ATF__ and that this complaint is based on the following
_Official Title_
facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

__6-24-04__  at  __BOSTON, MASSACHUSETTS__
Date                                                              City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_Signature of Judicial Officer_

This form was electronically produced by Elite Federal Forms, Inc.