# FINANCIAL AFFIDAVIT

**CJA 23**
**Rev. 5/98**

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

| IN THE CASE | | LOCATION NUMBER |
|---|---|---|
| United States v.s. DuJuan McNichols | FOR | |
| | AT | |

**PERSON REPRESENTED** (Show your full name)

DuJuan McNichols

| 1 ☒ Defendant—Adult |
| 2 ☐ Defendant - Juvenile |
| 3 ☐ Appellant |
| 4 ☐ Probation Violator |
| 5 ☐ Parole Violator |
| 6 ☐ Habeas Petitioner |
| 7 ☐ 2255 Petitioner |
| 8 ☐ Material Witness |
| 9 ☐ Other |

**DOCKET NUMBERS**

Magistrate
04-1802-CBS

District Court

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

21 USC § 541(a)(1)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOY-MENT**

Are you now    ☐ Yes   ☒ No   ☐ Am Self-Employed

Name and address of employer:

**IF YES, how much do you earn per month?** $ ___

**IF NO, give month and year of last employment** How much did you earn per month? $ ___

If married is your Spouse employed?   ☐ Yes   ☐ No

**IF YES, how much does your Spouse earn per month?** $ ___

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No

RECEIVED                      SOURCES

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES** $ ___

**CASH**

Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☒ No   **IF YES, state total amount** $ ___

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

VALUE                      DESCRIPTION

**IF YES, GIVE THE VALUE AND $ DESCRIBE IT**

**DEPENDENTS**

MARITAL STATUS
✓ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ DuJuan McNichols

6/24/04