```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL VIOLATIONS: |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| v. | ) | (Possession of Cocaine Base |
| | ) | With Intent to Distribute) |
| DUJUANE MCNICKLES | ) | |

INDICTMENT  **04 CR 1 0 2 1 8 RWZ**

COUNT ONE:   (21 U.S.C. § 841(a)(1)- Possession With
             Intent to Distribute Cocaine Base)

The Grand Jury charges that:

On or about June 24, 2004, at New Bedford, in the District of Massachusetts,

DUJUANE MCNICKLES,

defendant herein, knowingly and intentionally possessed with intent to distribute a quantity of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

SUPPLEMENTAL FINDINGS

The Grand Jury further finds that:

The transaction described in Count One of this Indictment involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. CAPIN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; at 2:11 pm on July 21, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK