# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )   CRIMINAL ACTION
                               )   NO. 04-10218-RWZ
DUJUANE MCNICKLES,             )
         Defendant,            )
_____)
```

## INITIAL STATUS REPORT
## September 13, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has produced a substantial amount of discovery which Defendant's counsel needs to review and has requested additional time for that purpose. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on October 28, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from August 16, 2004 (date of

expiration of prior order of excludable time) through October 28, 2004 (date by which Mr. McNickles' counsel will have reviewed discovery produced by the Government). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, January 6, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE