# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
            v.                )    CRIMINAL ACTION
                              )    NO. 04-10218-RWZ
DUJUANE MCNICKLES,            )
            Defendant,        )
_____)
```

## STATUS REPORT
## October 29, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. McNickles' counsel has requested additional time to complete his review of a substantial amount of discovery produced by the Government in this case. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on November 30, 2004, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from October 28, 2004 (date

of expiration of prior order of excludable time) through November 30, 2004 (date by which discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, February 8, 2005</u>.


                                        <u>/s/Charles B. Swartwood, III</u>
                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE