```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-10218-RWZ
DUJUANE MCNICKLES,             )
         Defendant,            )
_____)
```

## STATUS REPORT
### December 8, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1.  <u>Discovery</u>

Mr. McNickles' counsel has requested additional time to review a substantial amount of discovery produced by the Government, including affidavits in support of search warrants, in order to determine whether or not substantive motions should be filed. I have granted that request.

2.  <u>Further Status Conference</u>

A further status conference shall be held in this case on <u>January 10, 2005, at 10:00 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from November 30, 2004 (date of expiration of prior order of excludable time) through January 10, 2005 (date by which Mr. McNickles' review of discovery should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, March 21, 2005</u>.

                                        <u>/s/Charles B. Swartwood, III</u>
                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE