# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **No. 04-10218-RWZ** |
| | ) | |
| **DUJUANE MCNICKLES** | ) | |

## MOTION TO EXTEND TIME TO FILE MOTION TO SUPPRESS

The defendant, Dujuane McNickles, hereby moves this Court to extend the time for filing a motion to suppress in the case named above.  The defendant states that it is in the interest of justice to continue the filing deadline indefinitely or until a date in mid- to late February 2005, to allow him to adequately prepare the motion which is needed for his defense.

DUJUANE MCNICKLES
By his attorney,

/s/  *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: January 8, 2005

H:\Word\Crim\McNickles\Motion to extend time.wpd