# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,      )
                              )
                              )
          v.                   )      CRIMINAL ACTION
                              )      NO. 04-10218-RWZ
DUJUANE MCNICKLES,             )
          Defendant,           )
_____)
```

### STATUS REPORT
### January 11, 2005

**SWARTWOOD, M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1.  Discovery

Completed.

2.  Substantive Motions

Mr. McNickles' counsel intends to file a motion to suppress. Because Mr. McNickles' counsel is presently scheduled to start a long and complex criminal case in this Court in January, I have granted his request that his motion to suppress be filed on or before March 21, 2005. The Government's opposition to that motion shall be filed on April 4, 2005.

3.  Further Status Conference

A further status conference shall be held in this case on April 6, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue

Building, 595 Main Street, Worcester, Massachusetts.

    4.   <u>Excludable Time</u>

    With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 10, 2005 (date of expiration of prior order of excludable time) through April 4, 2005 (date by which the Government is to file its opposition to Mr. McNickles' motion to suppress).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, June 13, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE