UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES** ) ) )| |
| v. ) | No. 04-10218-RWZ |
| ) ) | |
| **DUJUANE MCNICKLES** ) ) | |

## MOTION TO FURTHER EXTEND TIME TO FILE MOTION TO SUPPRESS

The defendant, Dujuane McNickles, hereby moves this Court to further extend the time for filing a motion to suppress. Counsel for the defendant states that he and his associate Stephen Super have been defending a client in the trial of United States v. Campbell, et.al., Criminal No. 02-10241-PBS, since January 31, 2005.[1] Further, counsel is currently drafting an appellee brief in United States v. Green, et. al., Appeal Nos. 05-1014, 05-1151, which is due in the First Circuit on March 22, 2005. Counsel requests that the deadline to file a motion to suppress in the above-named case, currently set for March 21, be extended up to three weeks to allow him to adequately prepare the motion which is needed for Mr. McNickles' defense.

DUJUANE MCNICKLES
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: March 15, 2005                                                H:\Word\Crim\McNickles\Motion to further extend time.wpd

---

[1] Final arguments in the trial concluded on March 9. However, counsel has had to remain at or near the Federal Courthouse in anticipation of a verdict, which, at the time of this filing, has not yet been reached.