UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | No. 04-10218-RWZ |
| ) | |
| DUJUANE MCNICKLES ) | |

**DEFENDANT'S MOTION TO SUPPRESS**

The defendant, Dujuane McNickles, hereby moves this Court to suppress all evidence seized as a result of a defective search warrant. As reasons wherefore, defendant states as follows and submits the attached memorandum of law.

On June 24, 2004, before dawn, the defendant and his girlfriend were arrested at 132 Van Buren Street, New Bedford, Massachusetts, when ATF agents entered and searched the apartment at that address. The warrant allowing the search was not based on reliable or corroborated information from which probable cause could be reasonably established. The warrant was based on stale information, which is unreasonable in cases concerning drugs or other ingestible substances. Further, the warrant was based on hearsay speculation that drugs were stored at the address, as no evidence was presented that any controlled buys occurred inside the apartment or that the confidential informant had ever been inside or had any first-hand knowledge of drug activity therein.

WHEREFORE, for the reasons stated above, this Court should suppress all evidence seized as a result of the search on June 24, 2004, of 132 Van Buren Street. The defendant requests an evidentiary hearing on this motion and reserves the right to supplement the current filings after the hearing.

                        DUJUANE MCNICKLES
                        By his attorney,

                        /s/ *John H. Cunha Jr.*
                        John H. Cunha Jr.
                        B.B.O. No. 108580
                        CUNHA & HOLCOMB, P.C.
                        One State Street, Suite 500
                        Boston, MA 02109-3507
                        617-523-4300

Dated: April 11, 2005                                                     H:\Word\Crim\McNickles\Motion to suppress.wpd