UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL. NO. 04-10218-RWZ |
| ) | |
| DUJUANE MCNICKLES ) | |

ASSENTED-TO MOTION FOR AN EXTENSION OF TIME
TO FILE OPPOSITION TO SUPPRESSION MOTION

The United States, with the assent the defendant, hereby moves the Court to extend by two weeks – until May 9, 2005 – the date by which the government may file an opposition to the defendant's Motion to Suppress. As grounds, the government states that the Court recently extended the deadline for the defendant to file a motion to suppress to April 11, 2005 and ordered the government to file an opposition by April 25, 2005. The defendant recently filed such a motion. However, undersigned counsel will be away from the office during most of the week of April 18, 2005 and is scheduled to begin trial in United States v. Wilson, 02-10390-RCL, on May 25, 2005. Because of these commitments and the press of other business, counsel will be unable to attend to the defendant's motion until early May. A hearing on the defendant's motion has not yet been scheduled.

Wherefore, the government requests that the Court extend the period within which the government may file an opposition to the defendant's Motion to Suppress to May 9, 2005.

.   Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ John A. Capin

JOHN A. CAPIN
Assistant U.S. Attorney