# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.            ) | CRIMINAL ACTION |
| )              | NO. 04-10218-RWZ |
| DUJUANE MCNICKLES, ) | |
|      Defendant, ) | |

## FINAL STATUS REPORT
## May 13, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Zobel, J. to whom this case is assigned:

1. <u>Substantive Motions</u>

Mr. McNickles' counsel has filed a Motion To Suppress and the Government has filed a response to that motion. Mr. McNickles' counsel has requested additional time to file a reply to the Government's opposition. I have granted that request and that reply shall be filed by May 26, 2005. Therefore, I am returning this case to Judge Zobel for all further proceedings.

2. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 4, 2005 (date of expiration of prior order of excludable time) through May 26, 2005 (date by which Mr. McNickles' counsel shall file his reply to the

Government's opposition to Mr. McNickles' motion to suppress). Therefore, with the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through May 26, 2005, and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, August 4, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE