UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  |   |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL. NO. 04-10218-RWZ |
| | ) | |
| DUJUANE MCNICKLES | ) | |
| | ) | |

JOINT MOTION FOR ENTRY OF ORDER OF EXCLUDABLE DELAY
FROM AUGUST 12, 2005 TO SEPTEMBER 14, 2005

   The United States and the defendant, Dujuane Mcnickles, hereby move the Court to enter an Order of Excludable Delay in the form of the Order submitted herewith, pursuant to §3161(h)(8)(A), excluding the period from August 12, 2005 to September 14, 2005 from the time period within which trial must commence. As grounds, the parties state that the defendant has sought relief in connection with a state court proceeding, which relief, if granted, will have a significant impact on the defendant's likely sentence in this case. The requested exclusion of time will – by permitting the defendant time to decide whether to plead guilty after resolution of the state court matter – serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial.

   Wherefore, the parties request that the Court enter an Order of excludable delay, pursuant to 18 U.S.C. §3161(h)(8)(A), excluding the period from August 12, 2005 to September 14, 2005 from the time within which trial must commence.

| DUJUANE MCNICKLES | | MICHAEL J. SULLIVAN |
| --- | --- | --- |
| By his Attorney | | United States Attorney |
| | | |
| /s/ John H. Cunha, Jr. | By: | /s/ John A. Capin |
| _____ | | _____ |
| John H. Cunha, Jr. | | JOHN A. CAPIN |
| Cunha & Holcomb | | Assistant U.S. Attorney |
| (617) 263-6900 | | (617) 748-3264 |