UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL. NO. 04-10218-RWZ |
| ) | |
| DUJUANE MCNICKLES ) | |

ORDER OF EXCLUDABLE DELAY FROM AUGUST 12, 2005 TO SEPTEMBER 14, 2005

ZOBEL, D.J.

For the reasons stated by the parties in the joint motion filed on August 12, 2005, the Court orders the period from August 12, 2005 to September 14, 2005 excluded from the time period within which trial must commence, pursuant to 18 U.S.C. §3161(h)(8)(A).

RYA W. ZOBEL
United States District Judge    8/16/05