# CUNHA & HOLCOMB, P.C.
## ATTORNEYS AT LAW

JOHN H. CUNHA JR.*  
HELEN HOLCOMB  
*Also Admitted in New York*

CHARLES ALLAN HOPE  
STEPHEN SUPER

ONE STATE STREET, SUITE 500  
BOSTON, MASSACHUSETTS 02109-3507  
617-523-4300  
800-530-6777  
FAX: 617-523-4350  
MAIL@CunhaHolcomb.com

## FACSIMILE MEMORANDUM

TO:        ADA Craig Souza

FROM:      John H. Cunha Jr.

NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 1      DATE: 9/13/05

COMMENTS: RE: <u>Commonwealth v. McNickles</u>, No. 9833-CR-3242

Dear Mr. Souza,

As you know, on September 19, 2005, I am starting a federal racketeering trial that is expected to last between 4 to 6 weeks. Because the District Court judge will not be conducting the trial on Fridays, I suggest proposing a Friday morning date to the New Bedford court for the motion hearing in Mr. McNickles' case. I understand that your witnesses will not be available for the remaining Fridays in September. Therefore, I suggest the following potential dates for the hearing: October 7, 14 or 21.

At your earliest convenience, please contact your witnesses as to their availability on those dates and let me know which date will work best for you. Because the U.S. Marshals Service requires at least a 10 day notice to transport Mr. McNickles, I will need to know your proposed date as soon as possible to ensure that he, as well as my other two witnesses, will be there. Also, the U.S. Marshals Service has informed me that they will not bring Mr. McNickles directly to New Bedford but, instead, will bring him to Boston and transfer custody to a police officer who would then transport him to the hearing. As those arrangements also have to be made, I propose that the hearing be scheduled at a time that allows for the transfer and travel time involved. Thank you.

Very Truly Yours,

John H. Cunha Jr.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL ADDRESSED AND ANY UNAUTHORIZED DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THIS OFFICE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE DOCUMENTS AT NO CHARGE TO YOU. THANK YOU.