UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

<u>United States v. Jonathan Hart & Edward Washington - 02 10301-2, 3-NG</u>

### TRIAL SCHEDULE
Courtroom 2, 3rd Floor
(as November 2, 2005)

| | |
|---|---|
| November 14, 15, 16, 17 (Jury Impanelment) | 9:00 a.m. - 4:00 p.m. |
| November 21, 22  *[handwritten: Daubert Hearing]* | ? |
| November 28, 29, 30 | 9:00 a.m. - 1:00 p.m. |
| December 1 | 9:00 a.m. - 1:00 p.m. |
| December 5, 6 | 9:00 a.m. - 1:00 p.m. |
| December 9 (Subject to Judge's Travel Schedule) | ? |
| December 12, 13, 14, 15 | 9:00 a.m. - 1:00 p.m. |
| December 19, 20, 21, 22 | 9:00 a.m. - 1:00 p.m. |
| December 27-30 (School Vacation Week) | |
| January 3, 4, 5 | 9:00 a.m. - 1:00 p.m. |
| January 9, 10, 11, 12 | 9:00 a.m. - 1:00 p.m. |
| January 17 (Tuesday), 18, 19 | 9:00 a.m. - 1:00 p.m. |

Q:\Cases\HartWashTrialChart.wpd