UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-CR-10218-RWZ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL VIOLATIONS: |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| v. | ) | (Possession of cocaine base |
| | ) | with intent to distribute) |
| DUJUANE MCNICKLES | ) | |

## SUPERSEDING INDICTMENT

**COUNT ONE:** (21 U.S.C. § 841(a)(1)- Possession With Intent to Distribute Cocaine Base)

The Grand Jury charges that:

On or about June 24, 2004, at New Bedford, in the District of Massachusetts,

**DUJUANE MCNICKLES,**

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. CAPIN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS;                May 24, 2006.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

5/24/06, 2:06 pm