JS 45 (5/97) - (Revised USAO MA 1/15/05)

**Criminal Case Cover Sheet**   U.S. District Court - District of Massachusetts

Place of Offense: _____   Category No. __II__   Investigating Agency __DEA__

City __New Bedford__   Related Case Information:   04-CR-10218-RWZ

County __Bristol__   Superseding Ind./ Inf. __X__   Case No. __04-10218-RWZ__
Same Defendant __X__   New Defendant ____
Magistrate Judge Case Number   __04-01802-CBS__
Search Warrant Case Number   ____
R 20/R 40 from District of   ____

**Defendant Information:**

Defendant Name __Dujuane McNickles__   Juvenile ☐ Yes  [x] No

Alias Name ____

Address ____

Birth date (Year only): __1978__   SSN (last 4 #): ____   Sex __M__   Race: __Black__   Nationality: __USA__

Defense Counsel if known: __John H. Cunha__   Address: __One State Street, Ste 500__
__Boston, MA__

Bar Number: ____

**U.S. Attorney Information:**

AUSA __John A. Capin__   Bar Number if applicable __557277__

Interpreter: ☐ Yes  [x] No   List language and/or dialect: ____

Victims: ☐ Yes  [x] No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes  [x] No

☐ Warrant Requested   ☐ Regular Process   [x] In Custody

**Location Status:**

Arrest Date: __6/24/04__

[x] Already in Federal Custody as __pretrial detainee__ in __Plymouth County HOC__.
☐ Already in State Custody ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by ____ on ____

Charging Document:   ☐ Complaint   ☐ Information   [x] Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   [x] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __5/24/06__   Signature of AUSA: ____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Dujuane McNickles

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §§841(a)(1) | Possession w/Intent Distribute Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: