UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | ) <br> ) <br> ) |
| v. | )    No. 04-CR-10218-RWZ <br> ) |
| **DUJUANE MCNICKLES** | ) <br> ) |

## MOTION TO REDUCE SENTENCE

     Defendant, DuJuane McNickles, hereby moves this Court for a reduction in his sentence. In support whereof, defendant states that the recent revisions to § 2D1.1 of the United States Sentencing Guidelines, concerning offense levels based on amounts of crack cocaine involved in an offense, reduce the recommended guidelines range for the defendant. On December 11, 2007, the Sentencing Commission, pursuant to its authority under 18 U.S.C. § 3582(c)(2), made these revisions retroactive. *See* 73 Fed. Reg. 217-01 (2008). Accordingly, a reduction in sentence is within the discretion of this Court and in the interests of justice, and should be issued promptly.

                                       DUJUANE MCNICKLES
                                       By his attorney,

                                       /s/ *John H. Cunha Jr.*
                                       John H. Cunha Jr.
                                       B.B.O. No. 108580
                                       CUNHA & HOLCOMB, P.C.
                                       One State Street, Suite 500
                                       Boston, MA 02109-3507
                                       617-523-4300

Dated: June 18, 2008                                                        H:\Word\Crim\McNickles\Motion to reduce sentence.wpd

### CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing document was served via electronic filing upon AUSA John A. Capin, U.S. Attorney's Office, 1 Courthouse Way, Boston, MA 02210.

                                                           /s/ *John H. Cunha Jr.*
                                                           John H. Cunha Jr.